## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois .  Western Division

IN RE:                                                    CHAPTER 13
WILLIAM M. NEUNER
INGA H. NEUNER                                            CASE NO. 13-82459

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    **JP Morgan Chase Bank NA**          **Court claim #: 14**

**Last four digits** of any number used to identify the debtor's account: 0613

| *Final Cure Amount* | |
| --- | --- |
| Amount of Prepetition Arrears | $887.46 |
| Amount Paid by Trustee | $887.46 |

| *Monthly ongoing Mortgage Payment* | |
| --- | --- |
| Mortgage is paid: | |
| ☐  Thru the Chapter 13 Plan | ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  8/16/18                    /s/Lydia S. Meyer
                                   Lydia S. Meyer, Trustee
                                   308 W. State St., Suite 212
                                   Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 16th Day of August, 2018

Dated:  8/16/18                    /s/Cynthia K. Burnard

JP MORGAN CHASE  BANK NA
3415 VISION DR
OH4-7142
COLUMBUS, OH 43219

JP MORGAN CHASE  BANK NA
1111 POLARIS PARKWAY
COLUMBUS, OH 43240

CHASE RECORDS CENTER
ATTN: CORRESPONDENCE MAIL
MAIL CODE LA4-5555 700 KANSAS LANE
MONROE, LA 71203

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

WILLIAM M. NEUNER
INGA H. NEUNER
947 CARDIFF DRIVE
CRYSTAL LAKE, IL  60014

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603